**SEDGWICK LLP**
BRUCE D. CELEBREZZE  (Bar No. 102181)
MICHAEL A. TOPP (Bar No. 148445)
333 Bush Street, 30th Floor
San Francisco, California  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
E-mail:   *bruce.celebrezze@sedgwicklaw.com*
              *michael.topp@sedgwicklaw.com*

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
NANCY E. HARRIS (Bar No. 197042)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone : (415) 773-5618
Facsimile: (415) 773-5759
Email: *nharris@orrick.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE  COMPANY, a Connecticut corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>VENDINI, INC., a California corporation,<br><br>        Defendant. | CASE NO.: 3:13-cv-04458<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 17, 2014<br>Time:    2:30 p.m.<br>Ctrm:    10<br>Judge:   Hon. Susan Illston |

      Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") and defendant Vendini, Inc., by and through their counsel, hereby agree and stipulate as follows:

      WHEREAS, on September 26, 2013, St. Paul filed its complaint for declaratory judgment and reimbursement in this action (ECF No. 1); and

      WHEREAS, since the filing of the complaint, St. Paul and Vendini have been working together to see if a resolution of the matters at issue in this action can be reached; and

1   WHEREAS, in view of the ongoing discussions between the parties, St. Paul provided a
2   courtesy copy of the complaint to Vendini's counsel but refrained from serving the complaint on
3   Vendini; and

4   WHEREAS, St. Paul is now in the process of effecting service of the summons and
5   complaint; and

6   WHEREAS, on October 17, 2013, the court set an initial Case Management Conference
7   for January 17, 2014, at 2:30 p.m., in Courtroom 10 (ECF No. 12); and

8   WHEREAS, in light of the ongoing discussions between the parties regarding possible
9   resolution of this matter, the parties believe it is in the interests of justice to continue the case
10  management conference to a future date after Vendini has been serveD;

11  IT IS HEREBY STIPULATED  by and between St. Paul and Vendini that the January
12  17, 2014 Case Management Conference be taken off calendar and continued for an additional 90
13  days or more to allow the parties to attempt to reach agreement concerning the efficient and
14  appropriate future handling of this case.

15  **IT IS SO STIPULATED.**

17  DATED:  January 6, 2014                SEDGWICK LLP

18                                          By:  */s/ Michael A. Topp*
                                                Michael A. Topp
19                                              Attorneys for Plaintiff
                                                ST. PAUL FIRE AND MARINE INSURANCE
20                                              COMPANY

22  DATED:  January 6, 2014                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By:  */s/ Nancy E. Harris*
23                                              Nancy E. Harris
                                                Attorneys for Defendant
24                                              VENDINI, INC.

# ORDER

Having read the parties' stipulation, and finding good cause therefore, IT IS HEREBY ORDERED that the January 17, 2014 Case Management Conference is vacated and continued to 4/4/14 .

**IT IS SO ORDERED.**

**DATED:** 1/13/14

_____
**UNITED STATES DISTRICT JUDGE**