# TECHNOLOGY VISIONPAK
# COMMERCIAL GENERAL LIABILITY PROTECTION

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | **2** |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 3 |
| Medical expenses. | 4 |
| Right and duty to defend a protected person. | 4 |
| Additional payments. | 5 |
| Right to appeal a judgment against a protected person. | 5 |
| **When This Agreement Covers** | **6** |
| Bodily injury and property damage liability. | 6 |
| Personal injury liability. | 6 |
| Advertising injury liability. | 6 |
| Medical expenses. | 6 |
| **Where This Agreement Covers** | **6** |
| **Who Is Protected Under This Agreement** | **6** |
| Individual. | 6 |
| Partnership or joint venture. | 7 |
| Limited liability company. | 7 |
| Corporation or other organization. | 7 |
| Employees and volunteer workers. | 7 |
| Real estate managers. | 8 |
| Landlords. | 8 |
| Equipment lessors. | 8 |
| Persons or organizations for your work as required by written contract. | 8 |
| Vendors of your products. | 9 |
| Operators of registered mobile equipment. | 9 |
| Unnamed subsidiaries. | 9 |
| Newly acquired or formed organizations. | 10 |
| Separation of protected persons. | 10 |
| **Limits Of Coverage** | **10** |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 12 |
| **Exclusions - What This Agreement Won't Cover** | **12** |
| Advertising, broadcasting, or publishing business. | 12 |
| Aircraft. | 13 |
| Auto. | 13 |
| Breach of contract. | 14 |
| Contract liability. | 14 |
| Control of property. | 16 |
| Damage to your products or completed work. | 17 |
| Deliberately breaking the law. | 17 |
| Employers liability. | 17 |
| Employment-related practices. | 18 |
| Expected or intended bodily injury or property damage. | 18 |
| False material. | 18 |
| Impaired property. | 18 |
| Intellectual property. | 19 |
| Liquor liability. | 19 |
| Material previously made known or used. | 19 |
| Medical expenses of certain persons. | 20 |
| Mobile equipment. | 20 |
| Nuclear energy liability. | 21 |
| Pollution injury or damage. | 22 |
| Pollution work loss, cost, or expense. | 24 |
| Poor quality or performance. | 25 |
| Product recall. | 25 |
| Unnamed partnership, joint venture, or limited liability company. | 25 |
| Watercraft. | 25 |
| Workers compensation and other benefits laws. | 26 |
| Wrong price description. | 26 |
| **Other Insurance** | **26** |
| Primary or excess other insurance. | 26 |
| When this agreement is excess insurance. | 26 |
| Methods of sharing. | 27 |

**TRV-POL 107**

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 108

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event that caused it.

*Tangible property* does not include data.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees and volunteer workers section.

**Personal injury liability**. We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel of an individual, other than an individual as a sole owner of a business, in or with covered material.
- Slander of an individual, other than an individual as a sole owner of a business, in or with covered material.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

**Advertising injury liability**. We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

---

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 109

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

* Libel of an individual, other than an individual as a sole owner of a business, in or with covered material.
* Slander of an individual, other than an individual as a sole owner of a business, in or with covered material.
* Unauthorized use of any advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

* seeking customers or supporters; or
* increasing sales or business.

*Advertising material* means any covered material that:

* is subject to copyright law; and
* others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

* any person or organization, other than you; or
* any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

* covered material in the Personal injury liability section; and
* your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

* first aid received at the time of an event;
* ambulance and emergency care services;
* dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
* artificial limbs and organs; and
* funeral services.

We explain the term health care professional services in the Employees and volunteer workers section.

**Right and duty to defend a protected person.**
We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

* any applicable deductible; or
* the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

* judgments;
* settlements; or
* medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

* an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
* any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 110**

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement

TRV-POL 111

and is within the available limit of coverage.  However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies.  But we won't be the principal under any such bond.  Nor do we have to furnish any appeal bond.

- All postjudgment interest that accumulates on the full amount of the judgment.  But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage.  However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.**  We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.**  We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.**  We'll apply this agreement to covered medical expenses only when they're reported to us within three years of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events that happen, or offenses that are committed, there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the

coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

*You manufacture a product in the coverage territory.  It is exported to Norway.  A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you.  If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you.  However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there.  Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory*  means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.**  If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 112**

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;

- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply the exclusions in this Employees and volunteer workers section to bodily injury or personal injury to:

- any fellow employee that results from work, other than the performance of or failure to perform health care professional services, by your employees who hold supervisory positions; or
- the spouse or any child, parent, brother, or sister of that fellow employee if such injury results from the bodily injury or personal injury to that fellow employee.

Also, we won't apply this Employees and volunteer workers section to the following protected persons:

---

VP033 Ed. 1–02                                 Insuring Agreement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 113**

- Your managers if you are a limited liability company.  Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization.  Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker*  means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker*  means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm*  means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker*  means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled  by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional  services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and

- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain the term premises damage in the Each event limit section.

**Real estate managers.**  Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own.  They may be persons or organizations.

But we won't apply this Real estate managers section to your employees.  Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.**  Any landlord, lessor, manager, or owner of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of that premises while you rent or lease it.

However, no landlord, lessor, manager, or owner is a protected person for injury or damage that results from any of the following work while being done by or for such landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers.  Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.**  Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Persons or organizations for your work as required by written contract.**  Any person or organization that:

- is not otherwise a protected person under this agreement; and
- you specifically agree in a written contract to add as an additional protected person under this agreement;

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 114**

is a protected person, but only for covered bodily injury or property damage that results from your work.

However, no such person or organization is a protected person for bodily injury or property damage that results from their sole negligence.

Also, such person or organization is a protected person only for the lesser of:

- the limits of coverage required by the written contract; or
- the limits of coverage available under this agreement.

*Additional protected person* may also be called an additional insured in that written contract.

We explain the term your work in the Products and completed work total limit section.

**Vendors of your products.** Any vendor of your products is a protected person for covered bodily injury or property damage that results from your products, but only if:

- you specifically agree in a written contract to add the vendor as an additional protected person under this agreement;
- this agreement provides coverage for those products; and
- those products are sold or distributed in the normal course of the vendor's business.

However, no vendor from whom you've acquired your products is a protected person.

Nor is any vendor a protected person for bodily injury or property damage that results from:

- any express warranty which is made by the vendor and you haven't authorized;
- any change made in the condition of any of your products by the vendor;
- the repackaging of your products other than when the products are unpacked for demonstration, inspection, testing, or replacement of parts ordered by you or the manufacturer, and later repackaged in their original containers;
- any failure of the vendor to perform normal or agreed upon servicing of your products which the vendor has sold or distributed;

- the demonstration, installation, or servicing of your products, which is done away from the vendor's premises; or
- your products which have been labeled or relabeled, or used as an ingredient, part, or container in, on, or for anything else, by or for the vendor.

*Servicing* includes any adjustment, assembly, disposal, inspection, repair or test.

We explain the term your products in the Products and completed work total limit section.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no valid and collectible other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- controlled by in the Employees and volunteer workers section;
- mobile equipment in the Mobile equipment exclusion; and
- other insurance in the Other Insurance section.

**Unnamed subsidiaries.** Any of your subsidiaries, other than a partnership, joint venture, or limited liability company, that isn't shown in the Introduction as a named insured is a protected person if you own more than 50% of it on the beginning date of this agreement.

However, no unnamed subsidiary is a protected person for:

- bodily injury or property damage that happened before you own more than 50% of it;

- personal injury or advertising injury that results from an offense that's committed before you own more than 50% of it; or

- injury or damage that's covered by other similar general liability insurance.

*Own more than 50% of* means own more than 50% of the outstanding voting securities representing the present right to vote for the election of directors of the organization.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than the remainder of the time this agreement is in effect, beginning with the date that you acquired or formed it;

- bodily injury or property damage that happened before you acquired or formed it;

- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or

- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll

pay as damages and medical expenses, regardless of the number of:

- protected persons;

- claims made or suits brought; or

- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;

- all covered personal injury that's caused by all personal injury offenses committed in a policy year;

- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and

- all covered medical expenses that result from all events that happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.

- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 116**

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;

---

TRV-POL 117

- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

**Exclusions - What This Agreement Won't Cover**

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any personal injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person.

Nor will we cover advertising injury that results from any advertising injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 118**

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and

- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

---

VP033 Ed. 1-02                                    Insuring Agreement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 13 of 27

TRV-POL 119

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or

- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for that injury or damage;
- that claim or suit is for injury or damage for which you have assumed the liability of the indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and the indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the

**TRV-POL 120**

indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of that indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the

---

TRV-POL 121

protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- You and the indemnitee must ask us to conduct and control the defense of that indemnitee against the claim or suit under this agreement.
- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend them.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.

- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any other insurer that provides coverage which applies to the claim or suit and is available to that indemnitee.
- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to that indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by that indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, that indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 122**

- Personal property that's in the care, custody, or control of the protected person.  But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it.  But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.**  We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts.  For example:

*You manufacture x-ray machines  They contain several moving parts which can break down for many reasons.  Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the x-ray machine.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts.  But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage; and
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others.

For example:

*You construct a computer room in a hospital as a general contractor.  Some of the work is done by you while the rest is done for you by subcontractors.  The computer room in the hospital is accepted by the owner.  If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion.  However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.**  We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.**  We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer.  For example:

*You manufacture laser systems. Your employee is injured while testing your product. That employee receives workers compensation benefits. If the employee later sues you in your capacity as a manufacturer, alleging that the injury happened because your product was defective, we won't protect you.*

---

TRV-POL 123

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in an injection molding machine accident. That employee receives workers compensation benefits. Later, the employee sues the manufacturer of the injection molding machine alleging that the injury happened because it didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the machine, not the lack of guarding devices, resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Employment-related practices.** We won't cover personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices. For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that person if such personal injury results from any employment-related practices.

We'll apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for personal injury that results from any employment-related practices.

*Independent contractor means any person who is not your employee, but who*

performs duties related to the conduct of your business in the course of that person's independent employment in accordance with a contract between you and that person for specified services.

*Employment-related practices means:*

- refusal to employ;
- termination of employment; or
- other employment-related act, omission, policy, or practice, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, reassignment, or violation of a person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 124**

- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

**Impaired property** means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

Nor will we cover any other injury or damage or medical expenses alleged in a claim or suit that also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages. For example:

*You manufacture monitoring equipment. Each year you host an awards banquet with an open bar for your sales representatives. After this year's banquet an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply the Liquor liability exclusion because you're not in the business of serving liquor.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

TRV-POL 125

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than your volunteer workers;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part

only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or

---

TRV-POL 127

• handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

• 25 grams of plutonium or uranium 233, or any combination of those two materials; or

• 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

• contains by-product material; and

• results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

• protected person's premises;

• waste site; or

• protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

• building heating equipment fumes, smoke, soot, or vapors;

• contractor or service work materials fumes, gases, or vapors;

• hostile fire heat, fumes, or smoke; or

• mobile equipment operating fluids.

Nor will we apply this exclusion to:

• bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or

• premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

• smoke, vapors, soot, fumes;

• acids, alkalis, chemicals; and

• waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

TRV-POL 128

You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.

Waste site means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.

Protected person's work site means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.

Waste pollutant means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or

- any person or organization for whom you may be legally responsible.

For example:

Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.

Building heating equipment fumes, smoke, soot, or vapors means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

Contractor or service work materials fumes, gases, or vapors means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

Hostile fire heat, fumes, or smoke means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

Hostile fire means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

Mobile equipment operating fluids means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;

---

TRV-POL 129

- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing in any way the effects of any pollutant.

---

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 130

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and

- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you rent or lease from others, or own;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;

TRV-POL 131

- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, the following applies in connection with that other insurance:

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance.** When there is primary other insurance, we'll share with

that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- protection for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that:

- results from the maintenance, use, operation, or loading or unloading of any aircraft, auto, or watercraft; and
- isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the term your work in the Products and completed work total limit section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of that protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and

© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 132**

- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing.**  We'll use one of the methods of sharing described below.

*Contribution by equal shares.  If all of the other insurance permits contribution by equal shares, we'll share the damages equally.  But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full.  For example:*

*You are required by a court to pay damages of $1,000,000.  Besides this agreement, two other policies apply to the judgment.  The limit under this agreement is $500,000.  Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result is Policy B's limit is used up, the balance due on the judgment is $700,000,  $400,000 remains of this agreement's limit, and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit under this agreement and Policy C*

*because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result is Policy C's limit is used up, the balance due on the judgment is now $300,000, and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit under this agreement is paid.  The result is this agreement's limit is used up and the balance due on the judgment is now $100,000, which you must pay.  The total paid under each policy is $500,000 this agreement, $100,000 Policy B, and $300,000 Policy C.*

*Contribution by limits.  If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that is equal to our percentage of the total of all limits that apply.  But we won't pay more than the limits of coverage that apply under this agreement.  For example:*

*You are required by a court to pay damages of $600,000.  Besides this agreement, another policy applies to the judgment.  The limit under this agreement is $300,000.  Policy B has a $100,000 limit.  The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit.  But we won't pay 75% of the judgment because that $450,000 share is more than our limit.  We'll pay only our limit, which is $300,000.*

---

VP033 Ed. 1-02                          Insuring Agreement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved          Page 27 of 27

TRV-POL 133

TRV-POL 134

## ASBESTOS EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Asbestos.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or
- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or
- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos, and any such other irritants or contaminants, are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

### Other Terms

All other terms of your policy remain the same.

**TRV-POL 135**

TRV-POL 136

**UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT**

This endorsement changes your Commercial General Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Unsolicited communication.** We won't cover injury or damage or medical expenses that result from any actual or alleged violation of any law or regulation that restricts or prohibits the transmitting of unsolicited communication.

Nor will we cover any other injury or damage alleged in a claim or suit that also alleges any such violation.

*Unsolicited communication* means any communication, in any form, that:
- is received by any person or organization; and
- such person or organization didn't ask to receive.

**Other Terms**

All other terms of your policy remain the same.

---

G0692 Ed. 8-04                                   Endorsement
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved                  Page 1 of 1

**TRV-POL 137**

**TRV-POL 138**

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS OR SCHEDULED UNDER YOUR AUTOMOBILE LIABILITY INSURANCE REDEFINED AS AUTOS ENDORSEMENT**

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

There are four changes that are explained below. These changes exclude coverage.

1. The Operators of registered mobile equipment section of the Who Is Protected Under This Agreement section is deleted.

2. The following is added to the Auto exclusion.

   Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the operation of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't:

   • subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

   • scheduled as a covered auto under your automobile liability insurance.

   *Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

   But we won't consider supplementary equipment to include:

   • any communication device, such as a radio or telephone; or

   • any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

3. The following replaces the definition of auto in the Auto exclusion.

   *Auto* means:

   • any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;

   • any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or

   • any land vehicle that isn't described above and that's scheduled as a covered auto under your automobile liability insurance.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

4. The following replaces the definition of mobile equipment in the Mobile equipment exclusion.

   *Mobile equipment* means any land vehicle that isn't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged, that isn't scheduled as a covered auto under your automobile liability insurance, and that:

   • is designed for use primarily off public streets or roads;

   • is kept for use only on or next to a premises that you rent or lease from others, or own;

   • travels on crawler treads;

   • is kept primarily for the ready movement of permanently attached construction equipment;

   • doesn't travel under its own power and is kept primarily for the ready

Endorsement
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 139

movement of permanently attached specialized equipment; or

- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

We'll consider a land vehicle that's:

- subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
- scheduled as a covered auto under your automobile liability insurance;

to be an auto instead of mobile equipment.

**Other Terms**

All other terms of your policy remain the same.

© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 140**

**TECHNOLOGY VISIONPAK**
**PERSONAL INJURY AND ADVERTISING INJURY ENDORSEMENT**

This endorsement changes your Technology VisionPak Commercial General Liability Protection.

### How Coverage Is Changed

There are three changes which are explained below.   These changes broaden coverage.

1.  The following replaces the definition of personal injury offense.

    *Personal injury offense* means any of the following offenses:
    - False arrest, detention, or imprisonment.
    - Malicious prosecution.
    - Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
    - Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
    - Libel, or slander, in or with covered material.
    - Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
    - Making known to any person or organization covered material that violates a person's right of privacy.

2.  The following replaces the definition of advertising injury offense.

    *Advertising injury offense* means any of the following offenses:
    - Libel, or slander, in or with covered material.
    - Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
    - Making known to any person or organization covered material that violates a person's right of privacy.
    - Unauthorized use of any advertising material, or any slogan or title, of others in your advertising.

3.  The Advertising, broadcasting, or publishing business exclusion is deleted.

### Other Terms

All other terms of your policy remain the same.

Endorsement
© 2006 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 141**

TRV-POL 142

**EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION - CLAIMS-MADE COVERAGE SUMMARY**


**TRAVELERS**

This Coverage Summary shows the limits of coverage, deductible, and extended reporting period endorsement premium that apply to your Employee Benefit Plans Administration Liability Protection - Claims-Made.

## Limits Of Coverage

Each wrongful act.        $1,000,000

Total limit.              $3,000,000

## Deductible

Each wrongful act.        $1,000

## Extended Reporting Period Endorsement Premium

$150

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** ZLP-11R18933-12-I4 | **Effective Date** 09/11/12 |
| VENDINI, INC. | | **Processing Date** 09/07/12   10:12   001 |

43532 Rev. 1-96                 Coverage Summary
© 1996 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

**TRV-POL 143**

TRV-POL 144

# EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION - CLAIMS-MADE

This insuring agreement provides liability protection for your business for the administration of your employee benefit plans. There are, of course, limitations and exclusions that apply to this protection. As a result, you should read this agreement carefully to determine the extent of coverage provided to all protected persons.

**Important note.** This is a claims-made insuring agreement. Claims or suits must be reported during the policy period, or a reporting period if one applies, to be covered. Please read this agreement carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits of Coverage sections.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Employee benefit plans administration liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment. | 3 |
| **When This Agreement Covers** | 3 |
| During this agreement or the limited reporting period. | 3 |
| When we consider a claim or suit to be first made or brought. | 3 |
| When the limited reporting period will apply. | 3 |
| How the limited reporting period applies. | 3 |
| When and how an extended reporting period can be added. | 3 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the extended reporting period. | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Limited liability company. | 4 |
| Corporation or other organization. | 4 |
| Employees. | 4 |
| Newly acquired or formed organizations. | 5 |
| Separation of protected persons. | 5 |
| **Limits Of Coverage** | 5 |
| Each wrongful act limit. | 5 |
| Total limit. | 5 |
| How the limits of coverage apply to an extension of the policy period. | 5 |
| How the limits of coverage apply to the limited and extended reporting periods. | 5 |
| How the limits of coverage apply if the total limit is left blank. | 6 |
| **Deductible** | 6 |
| Each wrongful act deductible. | 6 |
| **Exclusions-What This Agreement Won't Cover** | 6 |
| Bodily injury. | 6 |
| Contract liability. | 6 |
| Dishonest acts. | 6 |
| Employment-related practices. | 6 |
| Failure to comply with law. | 6 |
| Failure to pay benefits. | 6 |
| Fines or penalties. | 7 |
| Investment of funds. | 7 |
| Investment performance. | 7 |
| Known wrongful acts. | 7 |
| Participation, investment, or legal advice. | 7 |
| Personal injury. | 7 |
| Property damage. | 7 |
| Termination of plan. | 7 |
| Unnamed partnership, joint venture, or limited liability company. | 7 |
| **Other Insurance** | 7 |
| Other primary insurance. | 7 |
| Excess insurance. | 8 |

## What This Agreement Covers

**Employee benefit plans administration liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

• results from the administration of your employee benefit plans; and

• is caused by a wrongful act committed before the ending date of this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Administration* means only the following administrative functions:

TRV-POL 145

- Explaining or interpreting an employee benefit plan.
- Calculating or communicating benefits and costs for an employee benefit plan.
- Enrolling participants, or terminating participation, in an employee benefit plan.
- Estimating or projecting future employee benefit plan values.
- Handling or processing of employee benefit plan records.

*Employee benefit plans* means only the following employee benefit plans:

- Educational tuition reimbursement plans.
- Employee stock subscription plans.
- Group plans for life, health, dental, disability, automobile, homeowners, or legal expense insurance.
- Individual Retirement Account (IRA) plans.
- Pension and profit sharing plans.
- Salary Reduction plans under Internal Revenue Code 401(k), including any amendments.
- Savings plans.
- Social security system benefits.
- Travel and vacation plans.
- Workers Compensation and unemployment insurance benefits.

*Wrongful  act* means any negligent act, error, or omission.

**Right and duty to defend.**  We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement.  We'll have such right and duty even if any of the allegations of such claim or suit is groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim, suit, or wrongful act to the extent that we believe is proper.  We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages.  It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.**  We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.*  We'll pay all expenses we incur.

*Bonds to release property.*  We'll pay the cost of bonds to release property that's being used to secure a legal obligation.  But only for bond amounts within the limit of coverage that applies.  We don't have to furnish such bonds.

*Expenses incurred by protected persons.*  We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit.  But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.*  We'll pay all costs taxed against any protected person in a suit.

*Prejudgment  interest.*  We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay.  But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment  interest.*  We'll pay all interest that accumulates on the full amount

© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 146**

of that part of a judgment for which we make a payment.  But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment.**  We'll have the right to appeal a judgment awarded in a suit for loss covered by this agreement if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds.  Such appeal expenses are in addition to the limits of coverage.  However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**During this agreement or the limited reporting period.**  We'll apply this agreement to claims or suits for covered loss only when they're first made or brought:

- while this agreement is in effect; or
- during the limited reporting period if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**When we consider a claim or suit to be first made or brought.**  We'll consider a claim or suit for covered loss to be first made or brought on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim or suit.
- The date that we first receive a notice of a wrongful act from any protected person.

However, we won't accept such a notice unless it also describes what loss may result from the wrongful act.

We'll also consider all claims and suits for covered loss caused by a wrongful act, or a series of related wrongful acts, to have been made or brought on the date that the

first of those claims or suits is first made or brought.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same loss.

**When the limited reporting period will apply.**  The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason.  It may not be canceled once it applies.

However, the limited reporting period won't apply to claims or suits if other insurance you buy:

- applies to them; or
- would have applied to them but won't because its limits of coverage have been used up.

**How the limited reporting period applies.**  The limited reporting period doesn't extend the time that this agreement is in effect.  As a result, we'll consider any claim or suit for covered loss that is first made or brought during the limited reporting period to have been made on the ending date of this agreement.

**When and how an extended reporting period can be added.**  If this agreement is canceled or not renewed for any reason, an extended reporting period with an unlimited time can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, we won't issue an extended reporting period endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the endorsement won't take effect unless:

- your premium for this agreement is paid in full; and
- the additional premium for the extended reporting period is paid when due.

But once the endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means an unlimited time, starting with the ending date of this agreement, during which claims or

suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**How the extended reporting period applies.** The extended reporting period replaces the limited reporting period. Also, it doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit first made or brought during the extended reporting period to have been made or brought on the ending date of this agreement.

In addition, the extended reporting period will cause us to apply this agreement as excess insurance over certain other insurance. We explain when and how we'll do so in the Other Insurance section.

**How we'll figure the additional premium for the extended reporting period.** We'll figure the additional premium for the extended reporting period in accordance with our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement. The extended reporting period endorsement premium is shown in the Coverage Summary.

We explain what we mean by policy year in the Total limit section.

**Where This Agreement Covers**

We'll apply, and make payments under, this agreement:
- only in the coverage territory; and
- only for covered loss that's caused by wrongful acts committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered loss that's caused by wrongful acts committed in the rest of the world if the protected person's liability for such loss:
- is determined in a suit in the coverage territory; or
- is agreed to by us in a settlement.

*Coverage territory* means:
- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and

- international waters or airspace only during travel or transportation between any of the above places.

**Who Is Protected Under This Agreement**

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:
- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

But we won't apply this Employees section to your managers if you are a limited

Page 4 of 8
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 148

liability company.  Instead, we'll apply the Limited liability company section to them.

Also, we won't apply this Employees section to your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker*  means any person who:
- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm*  means any person or organization who hires out workers to others.  It includes any:
- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker*  means a leased worker who is hired to:
- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

**Newly acquired or formed organizations.**  Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:
- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time; or
- loss that's covered under other similar insurance.

**Separation of protected persons.**  We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all

protected persons.  We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged.  We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:
- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act limit.**  This is the most we'll pay for all covered loss that is caused by any one wrongful act or series of related wrongful acts.

**Total limit.**  This is the most we'll pay for the combined total of all claims and suits for covered loss that are first made or brought in a policy year.

*Policy year* means the policy period shown in the Introduction, or the period of time this agreement is in effect, whichever is less.  But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

**How the limits of coverage apply to an extension of the policy period.**  If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year.  For example:

*Your policy period is for one year.  During that policy year you request a three month extension.  We agree.  As a result, your last policy year becomes 15 months.  It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply to the limited and extended reporting periods.**  The limits of coverage that apply on the ending date of this agreement aren't renewed or increased

---

TRV-POL 149

for claims or suits first made or brought during the limited reporting period.

However, if the extended reporting period is added, the Total limit is renewed in full.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be three times the Each wrongful act limit.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act deductible.** You'll be responsible for the amount of damages within this deductible for all covered loss that's caused by each wrongful act or series or related wrongful acts.

If we settle a claim or suit that's subject to this deductible, we'll pay the deductible as part of the settlement. You agree to repay us as soon as we notify you of the settlement.

## Exclusions-What This Agreement Won't Cover

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Dishonest acts.** We won't cover claims that result from dishonest, intentionally fraudulent, criminal, or malicious acts or omissions of any protected person or of anyone for whose acts the protected person is legally responsible.

But this exclusion doesn't apply to any protected person who didn't:

- personally participate in committing any such act or omission; or
- remain passive after having personal knowledge of any such act or omission.

**Employment-related practices.** We won't cover loss that is sustained by a person and results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, such as coercion, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment, directed at that person.

Nor will we cover loss sustained by the spouse or any child, parent, brother, or sister of that person if such loss results from the loss sustained by that person.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages because of such loss.

**Failure to comply with law.** We won't cover loss that results from any intentional violation of any:

- workers compensation law;
- unemployment insurance law;
- social security law;
- disability benefits law; or
- administrative interpretation of such laws.

**Failure to pay benefits.** We won't cover loss that results from any failure to pay benefits because:

- there are not sufficient funds; or
- an insurance company fails to comply with the terms of its policy.

Page 6 of 8
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 150**

**Fines or penalties.** We won't cover any fine or penalty assessed against any protected person.

**Investment of funds.** We won't cover loss that results from any investment or non-investment of any employee benefit plan funds.

**Investment performance.** We won't cover loss that results from any failure of an investment to perform as a protected person expected, intended, or said it would.

**Known wrongful acts.** We won't cover loss that results from any wrongful act that the protected person:

- knew about before this agreement went into effect; and
- could reasonably foresee would result in a claim or suit being made or brought while this agreement is in effect.

**Participation, investment, or legal advice.** We won't cover loss that results from the providing of or failure to provide any of the following advice to any employee or his or her dependent or beneficiary:

- Advice to participate or not to participate in an optional employee benefit plan.
- Investment advice.
- Legal advice.

**Personal injury.** We won't cover loss that results from personal injury.

*Personal injury* means injury that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that an individual occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that an individual occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material

that violates an individual's right of privacy.

**Property damage.** We won't cover loss that results from property damage.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

**Termination of plan.** We won't cover loss that results from the termination of any employee benefit plan.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover loss that results from the conduct of any current or past partnership, joint venture, or limited liability company that's not shown in the Introduction as a named insured.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance available to you for loss covered by this agreement, the following applies in connection with that insurance.

**Other primary insurance.** When there is other primary insurance available to you, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also applies to loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of a loss, less any deductible.*

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide coverage for claims or suits for loss that:

- is covered by this agreement; and
- is caused by a wrongful act committed before the beginning date of this agreement.

---

43475 Rev. 1-96                    Insuring Agreement
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 151**

Also, if the extended reporting period applies, we'll apply this agreement as excess insurance over the part or parts of any other insurance which:

- are in effect during the extended reporting period; and
- provide coverage for claims or suits for loss covered by this agreement that are first made or brought during the extended reporting period.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

---

Page 8 of 8
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 152

**EMPLOYMENT-RELATED PRACTICES EXCLUSION ENDORSEMENT -
EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY**

This endorsement changes your Employee
Benefit Plans Administration Liability
Protection - Claims-Made.

**How Coverage Is Changed**

The following replaces the Employment-
related practices exclusion. This change
excludes coverage.

**Employment-related practices.** We won't cover
loss to any person that results from any:

- refusal to employ that person;
- termination of that person's employment;
  or
- other employment-related policy or
  practice committed upon or applied to that
  person, such as coercion, libel or slander,
  demotion, discipline, discrimination,
  evaluation, harassment, humiliation, or
  reassignment of or against that person, or
  violation of that person's right of privacy.

Nor will we cover loss to the spouse or any
child, parent, brother, or sister of that
person that results from such loss to that
person.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such loss to that person; or
- loss to the spouse or any child, parent,
  brother, or sister of that person that
  results from such loss to that person.

**Other Terms**

All other terms of your policy remain the
same.

TRV-POL 153

TRV-POL 154

## AUTO COVERAGE SUMMARY



This Coverage Summary shows the limits of coverage that apply to your Commercial Auto Protection.  A blank section or space indicates no coverage.

---

**Auto Liability Protection**

**Covered Autos:**
☐ Any auto  ☐ Owned Commercial autos  ☐ Owned Private Passenger autos
☐ Scheduled autos  ☒ Hired autos  ☒ Non owned autos
☐ Other:

**Limit of Coverage:**

$1,000,000    each accident

**Other:**

---

**Auto Medical Payments Protection**

**Covered Autos:**
☐ Any auto  ☐ Owned Commercial autos  ☐ Owned Private Passenger autos
☐ Scheduled autos
☐ Other:

**Limits of Coverage:**   *(Refer to the Auto Schedule)*

**Other:**

---

| **Name of Insured** | **Policy Number** ZLP-11R18933-12-I4 | **Effective  Date** 09/11/12 |
| VENDINI, INC. | | **Processing Date** 09/07/12   10:12   001 |

---

44460 Ed. 4-91

Coverage Summary

© 1991 The Travelers Indemnity Company. All rights reserved.

Page    1

**TRV-POL 155**

**Auto Physical Damage Protection**

**Covered Autos:**

☐ Scheduled autos                    ☐ Owned Private Passenger autos

☐ Owned Commercial autos      ☒ Hired autos

☐ Other:

**Limits of Coverage:**

*(Refer to the Auto Schedule)*

**Other:**

HIRED CAR PHYSICAL DAMAGE:

| | |
|---|---|
| LIMIT: | $50,000 |
| COMPREHENSIVE DEDUCTIBLE: | $250 |
| COLLISION DEDUCTIBLE: | $500 |

44460 Ed. 4-91

Page    2

© 1991 The Travelers Indemnity Company. All rights reserved.

TRV-POL 156

## AUTO COVERAGE SUMMARY - CONTINUED

**Auto No Fault Protection**

**Covered Autos:** ☐ Owned Autos that are subject to State No-Fault Laws

**Limits of Coverage:**   See your Agreement and any Optional Coverage Summary.
**Other:**

**Other Coverage**

**Auto Uninsured Motorists Protection**
**Autos Covered:**
NONE

**Uninsured Limits of Coverage:**          **Underinsured Limits of Coverage:**

| | |
|---|---|
| **Name of Insured**          **Policy Number** ZLP-11R18933-12-14 | **Effective Date** 09/11/12 |
| VENDINI, INC. | **Processing Date** 09/07/12   10:12   001 |

44462 Ed. 4-91                    Coverage Summary
© 1991 The Travelers Indemnity Company. All rights reserved.          Page   1

TRV-POL 157

**Uninsured Limits of Coverage:**                    **Underinsured Limits of Coverage:**

44462 Ed. 4-91
Page    2                    © 1991 The Travelers Indemnity Company. All rights reserved.

**TRV-POL 158**

## LIABILITY PROTECTION FOR AUTOS YOU DON'T OWN

We've designed this agreement to protect against two kinds of liability claims:

- Claims resulting from bodily injury to others.
- Claims resulting from damage to property of others.

This agreement is excess insurance and covers claims after any other insurance that applies to the claim has been used up. Of course there are some limitations which are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Pollution cost or expense. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal. | 3 |
| Out of state coverage. | 3 |
| **Which Autos Are Covered** | 3 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Corporation or other organization. | 4 |
| Any permitted user. | 4 |
| Anyone legally responsible for the actions of a protected person. | 4 |
| Separation of protected persons. | 4 |
| **Limit Of Coverage** | 4 |
| **Exclusions - What This Agreement Won't Cover** | 5 |
| Contract liability. | 5 |
| Control of property. | 5 |
| Employer's liability. | 5 |
| Injury to a fellow employee. | 6 |
| Intentional or expected bodily injury or property damage. | 6 |
| Nuclear energy liability. | 6 |
| Pollution. | 7 |
| Specialized equipment. | 8 |
| Workers' compensation. | 8 |
| **Other Insurance** | 8 |
| Insurance provided by another insurer. | 8 |
| Insurance provided under another policy with us or any of our member insurance companies. | 8 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- results from the maintenance, use, loading or unloading of a covered auto; and
- is caused by an accident that happens while this agreement is in effect.

**Pollution cost or expense.** We'll pay amounts any protected person is legally required to pay as covered pollution cost or expense only if it results from an accident which also causes bodily injury or property damage covered by this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including loss of use of such property; or
- loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* includes continuous or repeated exposure to the same conditions.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and

---

**TRV-POL 159**

- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises you own, rent or lease;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*Loading* means moving property from the place where it's accepted for transportation by a protected person until it's placed in or on a covered auto.

*Unloading* means moving property from a covered auto to the place where it's finally delivered by a protected person.

However we won't consider moving property with a mechanical device, such as a forklift or conveyor, that's not attached to a covered auto to be loading or unloading. But

we won't consider a hand truck to be a mechanical device.

*Pollution cost or expense* means any cost or expense that results from:

- any request, demand or order that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority demanding that any protected person or others perform pollution work.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

**Right and duty to defend.** We'll have the right and duty to defend:

- any claim or suit for covered bodily injury or property damage made or brought against any protected person; or
- any claim or suit for covered bodily injury or property damage made or brought against any protected person which also seeks covered pollution cost or expense.

We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limits of coverage.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 160

such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre-judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;
- the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered bodily injury, property damage, or pollution costs or expense in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal

expenses are in addition to the limit of coverage. However, the results of an appeal won't change the limit of coverage that applies under this agreement.

**Out of state coverage.** While a covered auto is away from the jurisdiction where it is licensed we will do the following:

- Increase the limit of coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered auto is being used if your limit of coverage is less than the minimum limit required by such law. But this increase does not apply to the limit or limits specified by any law or regulation governing motor carriers of passengers or property.
- Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered auto is being used. But we won't pay more than once for the same damages which are covered because of this extension of coverage.

### Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

*Hired autos* means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

*Nonowned autos* means any auto that:

- you don't own, hire, rent, lease or borrow; and
- is used in the conduct of your business.

It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

### When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

TRV-POL 161

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements and pollution cost or expense, only in the coverage territory for covered bodily injury, property damage or pollution cost or expense that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
- Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
- Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:

- protected persons;
- premiums paid;
- claims made or suits brought;
- covered autos;

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 162**

- vehicles involved in the accident; or
- persons or organizations making claims or bringing suits.

We consider all covered bodily injury, property damage and pollution cost or expense that results from continuous or repeated exposure to substantially the same conditions to be the result of one accident.

### Exclusions - What This Agreement Won't Cover

**Contract liability.** We won't cover the protected person's liability for bodily injury or property damage assumed under any contract or agreement.

However, we won't apply this exclusion to liability for bodily injury or property damage the protected person would have without the contract or agreement. Nor will we apply this exclusion to the protected person's liability for bodily injury or property damage assumed under a covered contract made before the bodily injury or property damage happens.

*Covered contract* means any:
- lease of premises;
- sidetrack agreement;
- easement or license agreement;
- obligation to indemnify a municipality if the obligation is required by ordinance and isn't connected with work for the municipality;
- contract or agreement under which you assume the tort liability of a municipality to pay damages for covered bodily injury or property damage that is sustained by others and results from work for the municipality;
- other contract or agreement under which you assume the tort liability of another to pay damages for covered bodily injury or property damage that's sustained by others; or
- contract or agreement which you or any of your employees enter into for the rental or lease of any auto.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

But we won't consider the following parts of any contract or agreement to be a covered contract:

*Auto with driver.* That part which has to do with the rental, lease or loan of an auto to you or any of your employees if the auto is rented, leased or loaned with a driver.

*Use of a motor carrier's permit.* That part which indemnifies any person or organization in the business of transporting people or property by an auto for hire for your use of a covered auto over a route or in a territory the person or organization is authorized by a public authority to use or serve.

*Damage to rented or leased auto.* That part which obligates you or any of your employees to pay for property damage to any auto rented or leased by you or any of your employees.

*War.* That part which indemnifies any person or organization for bodily injury or property damage caused by:
- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions.

**Control of property.** We won't cover property damage to property owned by, transported by or in the care, custody or control of a protected person.

But we won't apply this exclusion to liability for property damage assumed under a sidetrack agreement.

**Employer's liability.** We won't cover bodily injury to an employee arising out of his or her employment by a protected person. Nor will we cover bodily injury to the spouse, child, parent, brother, or sister of that employee which results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:
- bodily injury to domestic employees not entitled to workers compensation benefits; or
- liability for bodily injury assumed under a covered contract.

---

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is covered by a nuclear energy liability insurance policy; or
- would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, any nuclear facility owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its

territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:

- Nuclear Energy Liability Insurance Association;
- Mutual Atomic Energy Liability Underwriters;
- Nuclear Insurance Association of Canada; or
- any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment or machine that's designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

---

© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:

- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;
- being loaded onto or unloaded from a covered auto;
- otherwise in the course of transit by or for any protected person; or
- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building, damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:

- isn't in your care, custody or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance or use of a covered auto.

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire*

TRV-POL 165

*destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution* means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

## Other Insurance

This agreement provides excess insurance for covered autos you don't own.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

---

44471 Ed. 4-91
Page 8 of 8                © 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 166**

# AUTOS RENTED BY EMPLOYEES ENDORSEMENT

This endorsement changes your Auto Liability Protection and your Auto Physical Damage Protection.

## How Coverage Is Changed

There are two changes that are explained below.  These changes broaden coverage.

1.  The definition of hired autos in the Which Autos Are Covered section is changed as follows.

    *Hired autos* means any auto that you hire, rent, lease, or borrow from others, other than your employees or members of their households.  Hired autos includes any autos that any employee of yours hires, rents, leases, or borrows from others in that employee's name with your permission while performing duties related to the conduct of your business. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own. However any auto that has been rented, leased, hired, or borrowed with a driver is not a covered auto.

2.  The following is added to the Who is Protected Under This Agreement section. This change applies to your Auto Liability Protection.

    **Employees renting covered autos.**  Any of your employees while operating a covered auto that has been rented, leased, hired, or borrowed from others in that employee's name with your permission while performing duties related to the conduct of your business.

## Other Terms

All other terms of your policy remain the same.

TRV-POL 167

TRV-POL 168

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS REDEFINED AS AUTOS ENDORSEMENT - LIABILITY PROTECTION FOR AUTOS YOU DON'T OWN**

This endorsement changes your Liability Protection For Autos You Don't Own.

## How Coverage Is Changed

There are two changes that are explained below.

1. The following replaces the definitions of auto and mobile equipment, respectively, in the What This Agreement Covers section. This change broadens coverage.

   *Auto* means:
   - any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;
   - any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
   - any mobile equipment while it's being carried or towed by a covered auto.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

   *Mobile equipment* means any land vehicle that:
   - is designed for use primarily off public streets or roads;
   - is kept for use only on or next to premises that you rent or lease from others, or own;
   - travels on crawler treads;
   - is kept primarily for the ready movement of permanently attached construction equipment;
   - doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or
   - is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:
- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

Nor will we consider a land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged to be mobile equipment. Instead, we'll consider it to be an auto.

2. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

   **Supplementary equipment.** We won't cover bodily injury or property damage that results from the operation or use of supplementary equipment attached to, or part of, any land vehicle that would have been mobile equipment if that vehicle weren't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged.

   *Supplementary equipment* means equipment or machinery designed for work, other than the transportation of any person or property on a public street or road.

   But we won't consider supplementary equipment to include:

TRV-POL 169

- any communication device, such as a radio or telephone; or
- any equipment or machinery that's designed to perform any function normal to the operation of the land vehicle during travel on public streets or roads, such as a steering mechanism.

**Other Terms**

All other terms of your policy remain the same.

A0308 Ed. 12-04
Page 2 of 2                © 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 170**

# AUTO PHYSICAL DAMAGE PROTECTION

This insuring agreement provides physical damage protection for covered autos.  There are, of course, limitations and exclusions which apply to that protection.  As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 2 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions - What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 3 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads.  It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.**  When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.**  When this coverage applies, we'll pay for loss to a covered auto that results from:

- the collision of the covered auto with another object; or

- the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the auto, we will pay for the loss under

© 1996 The Travelers Indemnity Company. All rights reserved.

TRV-POL 171

Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

---

44455 Rev. 7-96
Page 2 of 4

© 1996 The Travelers Indemnity Company. All rights reserved.

**TRV-POL 172**

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:
- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:
- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions - What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.** We won't cover loss to any:
- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

---

TRV-POL 173

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer Interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

## Insurance For Your Benefit

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

## Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

© 1996 The Travelers Indemnity Company. All rights reserved.

**TRV-POL 174**

**TECHNOLOGY
UMBRELLA EXCESS LIABILITY PROTECTION
COVERAGE SUMMARY**

**TRAVELERS** 

This Coverage Summary shows the limits of coverage and deductible that apply to your Technology Umbrella Excess Liability Protection.  It also lists those endorsements, if any, that must have certain information shown for them to apply.

| Limits Of Coverage | | Deductible | $10,000 |
|---|---|---|---|
| General total limit. | $5,000,000 | (This deductible applies to each event or offense not covered by your Basic Insurance.) | |
| Products and completed work total limit. | $5,000,000 | | |
| Personal injury each person limit. | $5,000,000 | | |
| Advertising injury each person limit. | $5,000,000 | | |
| Each event limit. | $5,000,000 | | |

**Named Endorsement Table**

**Important Note:**  Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply, too.  If so, they're listed on the Policy Forms List.

| Name of Insured | Policy Number ZLP-11R18933-12-I4 | Effective Date 09/11/12 |
|---|---|---|
| VENDINI, INC. | | Processing Date 09/07/12   10:12   001 |

47273 Rev. 7-01
© 2001 The Travelers Indemnity Company. All rights reserved.

Coverage Summary

Page     1

**TRV-POL 175**

47273 Rev. 7-01
Page    2

© 2001 The Travelers Indemnity Company. All rights reserved.

**TRV-POL 176**

**UMBRELLA EXCESS LIABILITY PROTECTION
SCHEDULE OF BASIC INSURANCE**

**TRAVELERS** 

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

## Schedule of Basic Insurance

### Commercial General Liability

Insurer ST. PAUL FIRE AND MARINE INS. CO.

Policy number ZLP-11R18933-12-I4

Policy period  09/11/2012 TO 09/11/2013

Coverage is:  ☐ claims-made

☒ not claims-made

### Limits Of Coverage

| | |
|---|---|
| General total limit. | $2,000,000 |
| Products and completed work total limit. | $2,000,000 |
| Personal injury each person limit. | $1,000,000 |
| Advertising injury each person limit. | $1,000,000 |
| Each event limit. | $1,000,000 |
| Premises damage limit. | $250,000 |

### Automobile Liability

HIRED AND NON-OWNED ONLY

Insurer ST. PAUL FIRE AND MARINE INS. CO.

Policy number ZLP-11R18933-12-I4

Policy period  09/11/2012 TO 09/11/2013

### Limits Of Coverage

Bodily injury and property damage combined.
Each accident
$1,000,000

Bodily injury.

| Each person | Each accident |
|---|---|
| $ | $ |

Property damage
Each accident
$

### Employers Liability

Insurer

Policy number

Policy period

### Limits Of Coverage

Bodily injury by accident.
Each accident
$

Bodily injury by disease.

| Policy limit | Each employee |
|---|---|
| $ | $ |

---

**Name of Insured**     **Policy Number** ZLP-11R18933-12-I4     **Effective  Date** 09/11/12
VENDINI, INC.                                                    **Processing  Date** 09/07/12   10:12  001

47123 Ed. 4-91                   Schedule of Basic Insurance
© 1991 The Travelers Indemnity Company. All rights reserved.          Page 1 of 1

TRV-POL 177

TRV-POL 178

**TECHNOLOGY**
**UMBRELLA EXCESS LIABILITY PROTECTION**

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
|     Bodily injury and property damage liability. | 2 |
|     Personal injury liability. | 3 |
|     Advertising injury liability. | 4 |
| Coverage When Your Basic Insurance Applies | 4 |
|     Coverage above Basic Insurance limits other than total limits. | 4 |
|     Coverage above reduced or exhausted Basic Insurance total limits. | 5 |
| Coverage When Your Basic Insurance Doesn't Apply | 5 |
| Right And Duty To Defend A Protected Person | 6 |
| Right To Appeal A Judgment Against A Protected Person | 6 |
| Additional Payments | 7 |
| **When This Agreement Covers** | 7 |
| **Where This Agreement Covers** | 7 |
| **Who Is Protected Under This Agreement** | 8 |
| Who Is Protected For Claims Or Suits Not Related To Autos | 8 |
|     Individual. | 8 |
|     Partnership or joint venture. | 8 |
|     Limited liability company. | 8 |
|     Corporation or other organization. | 8 |
|     Employees. | 8 |
|     Real estate managers. | 9 |
|     Operators of registered mobile equipment. | 9 |
|     Newly acquired or formed organizations. | 9 |
|     Other protected persons under your Basic Insurance. | 9 |
| Who Is Protected For Auto-Related Claims Or Suits | 10 |
| Separation Of Protected Persons | 10 |
| **Limits Of Coverage** | 10 |
|     General total limit. | 10 |
|     Products and completed work total limit. | 11 |
|     Personal injury each person limit. | 12 |
|     Advertising injury each person limit. | 12 |
|     Each event limit. | 12 |
|     How the limits of coverage apply if a total limit is left blank. | 12 |
| **Deductible** | 12 |
| **Exclusions - What This Agreement Won't Cover** | 12 |
|     Advertising, broadcasting, or publishing business. | 12 |
|     Aircraft. | 13 |
|     Breach of contract. | 13 |
|     Contract liability. | 13 |
|     Control of property. | 14 |
|     Damage to your products or completed work. | 14 |
|     Deliberately breaking the law. | 14 |
|     Employers liability. | 14 |
|     Employment-related practices. | 15 |
|     Expected or intended bodily injury or property damage. | 15 |
|     False material. | 15 |
|     Impaired property. | 15 |
|     Injury to owners or fellow employees. | 16 |
|     Intellectual property. | 16 |
|     Liquor liability. | 16 |
|     Material previously made known or used. | 17 |
|     Nuclear energy liability. | 17 |
|     Pollution bodily injury or property damage related to autos. | 18 |
|     Pollution injury or damage. | 18 |
|     Pollution work loss, cost, or expense. | 20 |
|     Poor quality or performance. | 21 |
|     Product recall. | 21 |
|     Racing mobile equipment. | 22 |
|     Uninsured motorists. | 22 |
|     Unnamed partnership, joint venture, or limited liability company. | 22 |
|     Watercraft. | 22 |
|     Workers compensation and other benefit laws. | 23 |
|     Wrong price description. | 23 |
| **Other Insurance** | 23 |
| **Other Rules For This Agreement** | 23 |
| Our Duty To Reimburse When You Must Pay | 23 |

47268 Rev. 7-01
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 179**

| | |
|---|---|
| Maintaining Your Basic Insurance | 23 |
| Premium | 23 |
| Recovering Damages From A Third Party | 24 |
| Division of recovery. | 24 |
| Recovery expenses. | 24 |

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this

agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of*

---

47268 Rev. 7-01
Page 2 of 24                    © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 180

*tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Tangible property* does not include data.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to

substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

47268 Rev. 7-01 Printed in USA
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

Page 3 of 24

TRV-POL 181

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or
- increasing sales or business.

*Advertising material* means any material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or

- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers serious injury. The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because:*

- *that's the amount by which the damages exceed the limit of your Basic Insurance; and*
- *it's less than the limit under this agreement.*

*Your Basic Insurance* means only the Basic Insurance described in the Schedule Of Basic Insurance for which limits of coverage amounts are shown in that schedule.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

*Total limits* may also be called aggregate or policy limits in your Basic Insurance.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 182**

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by your Basic Insurer's payment of:

- damages that would be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid:

- damages that wouldn't be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that doesn't happen while this agreement is in effect;

we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and
- exceed your Basic Insurance limits of coverage shown in the Schedule Of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the requirements of this agreement with respect to coverage above reduced total limits.*

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

We explain the term health care professional services in the Employees section.

**Coverage When Your Basic Insurance Doesn't Apply**

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:

- is covered by this agreement; and
- is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or the amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:

- isn't your Basic Insurance; and

TRV-POL 183

- isn't specifically purchased to be excess of this agreement.

Other insurance includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

### Right And Duty To Defend A Protected Person

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person.  However, we'll have the right to associate in the defense and control of any claim or suit that's reasonably likely to involve the coverage provided by this agreement.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement.  But only if:

- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;
- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume that duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper.  We'll also have the right to settle any claim or suit for amounts within:

- the applicable deductible; or
- the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

If the laws or rules of a country or jurisdiction prohibit us from fulfilling our duty to defend a protected person, the protected person will be responsible for providing that defense.  We'll repay that protected person for the expenses incurred to provide such defense, subject to the limitations of coverage in the Additional Payments section.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages.  It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

### Right To Appeal A Judgment Against A Protected Person

We'll have the right to appeal a judgment that we don't have a duty to appeal.  But only if the judgment:

- includes damages for injury or damage covered by this agreement;
- is awarded in a suit against a protected person;
- is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- isn't appealed by the protected person and your Basic Insurer.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage.  However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies.  But we won't be the principal under any such bond.  Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment.  But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

---

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 184**

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## Additional Payments

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws or rules of a country or jurisdiction prohibit us from providing any of these additional payments, we'll repay the protected person for any such amounts that protected person incurred with our consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected

person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement for covered injury or damage that's caused by events that happen, or offenses that are committed, anywhere.

However, we won't apply, or make payments under, this agreement for injury or damage that's caused by events that happen, or offenses that are committed, in a country or

---

47268 Rev. 7-01 Printed in USA
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

TRV-POL 185

jurisdiction while any embargo, trade sanction, or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## Who Is Protected Under This Agreement

### Who Is Protected For Claims Or Suits Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims Or Suits section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

Also, no employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

---

47268 Rev. 7-01
Page 8 of 24          © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 186**

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than the remainder of the time this agreement is in effect, beginning with the date that you acquire or form it;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

*Own more than 50% of* means own more than 50% of the outstanding voting securities representing the present right to vote for the election of directors of the organization.

**Other protected persons under your Basic Insurance.** Any other person or organization that's a protected person under your Basic Insurance is also a protected person under this agreement. But the protection under this agreement for each such person or organization is limited to the type and scope of coverage provided by your Basic Insurance.

If any such person or organization is included as a protected person under your Basic Insurance because:

- a written contract has been made with you before the bodily injury or property damage happens or the offense is committed; and
- that contract requires you to provide liability insurance on behalf of that person or organization;

we'll consider that person or organization to be a protected person under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

---

**TRV-POL 187**

## Who Is Protected For Auto-Related Claims Or Suits

Any person or organization that's a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement for claims or suits for covered bodily injury or property damage that results from the use of the auto.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

## Separation Of Protected Persons

We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;

- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to auto-related bodily injury or property damage covered by this agreement, other than auto-related bodily injury or property damage covered by your commercial general liability Basic Insurance.

Nor will we apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 188**

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

Also, your products includes any of your medical products or your biotechnology products that:

- are being tested in any clinical trial;
- you've rented or leased to others; or
- you haven't sold, but which you allow others to use.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property, other than your medical products or your biotechnology products, that's rented or leased to others.
- Property, other than your medical products or your biotechnology products, that you

haven't sold, but which you allow others to use. For example, a vending machine.

*Your medical products* means any of your products that are used or are intended for use in:

- Health care; or
- The providing of health care professional services.

*Your biotechnology products* means any of your products used, or intended to be used as, or in the development of, in vitro or in vivo diagnostic substances or other biological substances.

*Clinical trial* means any organized study or test that uses human or animal subjects to develop effectiveness and safety data for your medical products or your biotechnology products.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

TRV-POL 189

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that results from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

### Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

- All covered bodily injury and property damage that results from any one event.
- All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
- All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

### Exclusions - What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 190**

is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

But we won't apply this exclusion to personal injury or advertising injury covered by your Basic Insurance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.**  We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and

- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

**Breach of contract.**  We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

**Contract liability.**  We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages if:

- you've assumed such liability under a contract or agreement; and
- such damages are covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement.  But only when your Basic Insurer has the duty to defend that indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

---

47268 Rev. 7-01 Printed in USA
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

Page 13 of 24

TRV-POL 191

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance that:

- apply to the duty to defend an indemnitee;
- apply to the right to appeal a judgment awarded in a suit against an indemnitee; or
- consider indemnitee defense expenses assumed under contract to be damages;

also apply to this agreement.

*Indemnitee* means any person or organization that you have agreed under a contract or agreement to indemnify or hold harmless.

**Control of property.**   We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization that you, your subsidiary, or parent organization own more than 50% of.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.
- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person.  But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

We explain what we mean by own more than 50% of in the Newly acquired or formed organizations section.

**Damage to your products or completed work.**
We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts.  For example:

*You manufacture x-ray machines They contain several moving parts which can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the x-ray machine.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts.  But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage;
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- that damage is covered by your Basic Insurance.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.**   We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.**   We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer.
For example:

*You manufacture laser systems. Your employee is injured while testing your product. That employee later receives workers compensation benefits. If the employee later sues you in your capacity as a manufacturer, alleging that the employee's injury happened because your product was defective, we won't protect you.*

---

47268 Rev. 7-01
Page 14 of 24                   © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 192**

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in an injection molding machine accident. That employee receives workers compensation benefits. Later, the employee sues the manufacturer of the injection molding machine alleging that the injury happened because it didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the machine, not the lack of guarding devices, resulted in the employee's injury, we won't protect you.*

But we won't apply:

- this or any other exclusion or limitation of coverage in this agreement, other than in the Coverage When Your Basic Insurance Applies, Limits Of Coverage, and Other Rules For This Agreement sections;
- the covered bodily injury must happen while this agreement is in effect limitation that's part of the Coverage When Your Basic Insurance Applies section; or
- the covered bodily injury must happen in a policy year limitation that's part of the General total limit section;

to the extent such bodily injury is covered by your employers liability Basic Insurance.

However, we'll still apply the general total limit to the combined total of all such employers liability bodily injury covered by this agreement, regardless of when it happens.

We explain the term employee in the Employees section.

**Employment-related practices.** We won't cover personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices. For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that person if such personal injury results from any employment-related practices.

We'll apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for personal injury that results from any employment-related practices.

*Independent contractor* means any person who is not your employee, but who performs duties related to the conduct of your business in the course of that person's independent employment in accordance with a contract between you and that person for specified services.

*Employment-related practices* means:

- refusal to employ;
- termination of employment; or
- other employment-related act, omission, policy, or practice, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, reassignment, or violation of a person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or

---

TRV-POL 193

- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse, or any child, parent, brother, or sister, of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply this exclusion to the extent your Basic Insurance protects your employees for such bodily injury or personal injury.

We explain the term employee in the Employees section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

Nor will we cover any other injury or damage alleged in a claim or suit that also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or

---

**TRV-POL 194**

- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials,

parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

TRV-POL 195

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or

- being stored, disposed of, treated, or processed in or on an auto.

But we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others that:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain the terms:

- pollution and pollutant in the Pollution injury or damage exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury or property damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke;
- mobile equipment operating fluids; or

TRV-POL 196

- your products or your completed work, other than waste products or completed work.

Nor will we apply this exclusion to bodily injury or property damage related to autos that's specifically described in an exception in the Pollution bodily injury or property damage related to autos exclusion as bodily injury or property damage to which we won't apply that exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person.   For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it.   A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos.   We won't cover such injury.*

Another example:

*You own an apartment building.   Its woodwork is finished with paint that contains lead.   Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint.   The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments.   We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there.   For example:

*You are hired by the owner of a premises to perform work there.   The premises owner requires you to provide it with insurance protection for that work under your Basic Insurance and under this agreement.   Your Basic Insurer does so with an additional protected person endorsement under your Basic Insurance. We do so under this agreement with the Other protected persons under your Basic Insurance section.   Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premise owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste.   For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others.   The landfill was closed two years ago.   Nearby residents now allege that they're being injured by the waste from there.   We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking.   Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit.   We won't cover such property damage.*

---

TRV-POL 197

*Waste pollutant* means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

TRV-POL 198

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

Pollution work means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or

- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

TRV-POL 199

We explain the terms:
- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.**  We won't cover bodily injury or property damage that results from the:
- use of racing mobile equipment; or
- supervision of others in or for such use.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:
- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:
- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:
- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:
- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any:
- grader, scraper, or roller; or

- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:
- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain the terms:
- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- supervision of others in the Aircraft exclusion.

**Uninsured motorists.**  We won't cover any bodily injury or property damage that is subject to any automobile:
- uninsured motorists' law;
- underinsured motorists' law; or
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.**  We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.**  We won't cover bodily injury or property damage that results from the:
- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;
of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:
- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- watercraft 50 or more feet long for which you notify us within 30 days after you acquire such a watercraft and we agree to provide coverage under this agreement.

We explain the terms loading or unloading, entrustment to others, and supervision of others, in the Aircraft exclusion.

**Workers compensation and other benefit laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages or medical expenses.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of a country or jurisdiction prohibit us from paying on behalf of a protected person those amounts the protected person is legally required to pay as damages for injury or damage covered by this agreement, that protected person may pay those amounts with our consent.

If the protected person gives us proof of such payments, we'll reimburse that protected person for the amount by which that protected person's payment exceeds either the limits of coverage in your Basic

Insurance or the deductible, whichever applies.  But we'll only repay such protected person for amounts up to the limits of coverage that apply under this agreement.

### Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect.  This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from the payment of damages or medical expenses won't be considered a change of limits.

If you fail to meet any of the above requirements, this insurance will remain in effect.  But we won't be liable for more than we would have been had you met all of those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

we'll only pay damages covered by this agreement that exceed the limits of coverage shown in the Schedule Of Basic Insurance.

### Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or
- any adjustment that results from the cancellation of this agreement.

TRV-POL 201

However, we may charge you additional premium if:

- you add any new person or organization to those protected by your Basic Insurance; and
- a charge is made for that new person or organization by your Basic Insurer.

You must notify us promptly if that happens.

### Recovering Damages From A Third Party

This section replaces the Recovering Damages From A Third Party section in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage, that apply under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person or organization that made the claim or brought the suit.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

---

47268 Rev. 7-01
Page 24 of 24                © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 202**

**ASBESTOS EXCLUSION ENDORSEMENT -
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions -
What This Agreement Won't Cover section.
This change excludes coverage.

**Asbestos.**  We won't cover injury or damage
that results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  asbestos in any form by any person; or
- existence of asbestos in any form.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of any
  other solid, liquid, gaseous, or thermal
  irritant or contaminant, including smoke,
  vapors, soot, fumes, acids, alkalis,
  chemicals, and waste, in any form by any
  person; or
- existence of any such other irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described in
the first paragraph of this exclusion.

We also won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  asbestos in any form; or
- respond to, or assess, in any way the
  effects of asbestos in any form.

Because asbestos, and any such other
irritants or contaminants, are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution bodily injury or property damage
  related to autos exclusion.
- Pollution injury or damage exclusion, or
  Pollution injury or damage not related to
  autos exclusion, whichever is in this
  agreement.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion made
  part of this agreement.

We explain the terms pollutant and waste in
either the Pollution injury or damage
exclusion, or the Pollution injury or damage
not related to autos exclusion, whichever is
in this agreement.

**Other Terms**

All other terms of your policy remain the
same.

---

E0199 Ed. 3-02                     Endorsement
© 2002 The St. Paul Travelers Companies, Inc. All Rights Reserved                     Page 1 of 1

**TRV-POL 203**

TRV-POL 204

**UNSOLICITED COMMUNICATION EXCLUSION ENDORSEMENT - UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella Excess Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Unsolicited communication.** We won't cover injury or damage that results from any actual or alleged violation of any law or regulation that restricts or prohibits the transmitting of unsolicited communication.

Nor will we cover any other injury or damage alleged in a claim or suit that also alleges any such violation.

*Unsolicited communication* means any communication, in any form, that:

- is received by any person or organization; and
- such person or organization didn't ask to receive.

**Other Terms**

All other terms of your policy remain the same.

---

E0246 Ed. 8-04                           Endorsement
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved                  Page 1 of 1

TRV-POL 206

## AUTO LIABILITY LIMITATION ENDORSEMENT - UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions - What This Agreement Won't Cover section. This change reduces coverage.

**Auto liability.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

Nor will we cover bodily injury or property damage that results from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to bodily injury or property damage that:

- is covered by your Automobile Liability Basic Insurance; and
- is caused by an accident that's covered by your Automobile Liability Basic Insurance for the full limit of coverage shown for such Basic Insurance in the Schedule Of Basic Insurance.

Nor will we apply this exclusion to bodily injury or property damage covered by your Commercial General Liability Basic Insurance.

We explain the terms:

- loading or unloading, entrustment to others, and supervision of others in the Aircraft exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- mobile equipment in the Racing mobile equipment exclusion.

### Other Terms

All other terms of your policy remain the same.

**TRV-POL 207**

TRV-POL 208

**FOREIGN LIABILITY LIMITATION ENDORSEMENT - UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella Excess Liability Protection.

**How Coverage Is Changed**

The following is added to the Exclusions - What This Agreement Won't Cover section.  This change excludes coverage.

**Foreign liability.** We won't cover injury or damage that occurs outside the coverage territory.  But we won't apply this exclusion to injury or damage covered by your Basic Insurance.

*Coverage territory* means the United States of America, its territories and possessions,

Puerto Rico and Canada.  And it includes international waters or airspace only during travel or transportation between any of the above places.

**Other Terms**

All other terms of your policy remain the same.

TRV-POL 210

**MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY INSURANCE LAWS OR SCHEDULED UNDER YOUR AUTOMOBILE LIABILITY INSURANCE REDEFINED AS AUTOS ENDORSEMENT - UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella Excess Liability Protection.

## How Coverage Is Changed

There are three changes that are explained below.  These changes limit or exclude coverage.

1. The Operators of registered mobile equipment section of the Who Is Protected Under This Agreement section is deleted.

2. The following replaces the definition of auto in the Who Is Protected For Auto-Related Claims Or Suits section.

   *Auto* means:
   - any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads and isn't mobile equipment;
   - any land vehicle that's subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
   - any land vehicle that isn't described above and that's scheduled as a covered auto under your automobile liability insurance.

   We'll consider any equipment or machinery that's permanently attached to an auto to be part of the auto.

   *Your automobile liability insurance* means:
   - your automobile Basic Insurance; or
   - any other automobile liability insurance issued to you that isn't your Basic Insurance.

3. The following replaces the definition of mobile equipment in the Racing mobile equipment exclusion.

   *Mobile equipment* means any land vehicle that isn't subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged, that isn't scheduled as a covered auto under your automobile liability insurance, and that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to a premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment;
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment; or
- is designed or kept primarily for other purposes, but not for carrying persons or cargo, and doesn't travel on crawler treads.

But we won't consider any land vehicle that's designed or kept primarily for such other purposes to be mobile equipment if it:
- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment, equipment designed for snow removal or street cleaning, or equipment designed for street or road maintenance, but not construction or resurfacing.

Instead, we'll consider it to be an auto.

We'll consider a land vehicle that's:
- subject to any compulsory or financial responsibility law, or other motor vehicle insurance law, in the jurisdiction where it's registered or principally garaged; or
- scheduled as a covered auto under your automobile liability insurance;

to be an auto instead of mobile equipment.

## Other Terms

All other terms of your policy remain the same.

---

E0273 Ed. 12-04 Printed in U.S.A.               Endorsement
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved               Page 1 of 1

**TRV-POL 211**

**TRV-POL 212**

**CONTROL OF PROPERTY EXCLUSION ENDORSEMENT -
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

**How Your Coverage Is Changed**

The following replaces the Control of
property exclusion.   This change excludes
coverage.

**Control of property.**   We won't cover property
damage to the following property:

- Property that you own, rent, lease, or
  borrow from others, or occupy.

- Premises you sell, give away, or abandon,
  if such property damage results from any
  part of those premises.   But we won't
  apply this exclusion part to property
  damage to premises which are your
  completed work and were never occupied,
  rented, or held for rental by you.

- Personal property in the care, custody, or
  control of the protected person.

- That particular part of real property being
  worked on by you or for you, if the
  damage results from your work.

- That particular part of any property which
  must be restored, repaired, or replaced
  because your work was incorrectly
  performed on it.   But we won't apply this
  exclusion part to property damage that
  results from your completed work.

Furthermore, we won't apply this exclusion
to liability for property damage to the
above property, other than the property
described below, if such liability is assumed
under a sidetrack agreement:

- Property that you own, rent, lease, or
  borrow from others, or occupy.

- Premises you sell, give away, or abandon.

**Other Terms**

All other terms of your policy remain the
same.

---

47216 Rev. 3-96                                      Endorsement                                 Page 1 of 1
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 213**

TRV-POL 214

## EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION - CLAIMS-MADE   COVERAGE SUMMARY



**TRAVELERS**

This Coverage Summary shows the limit of coverage that applies to your Excess Errors And Omissions Liability Protection - Claims-Made and describes your Basic Errors And Omissions Insurance.  It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limit Of Coverage

**Total limit.**   $5,000,000

### Schedule Of Basic Errors And Omissions Liability Insurance

Description Of Coverage: EMPLOYEE BENEFITS PROGRAM ADMINISTRATION LIABILITY

| | | |
|---|---|---|
| Insurer: ST. PAUL FIRE AND MARINE INS. | **Limits Of Coverage** | |
| Policy number: ZLP-11R18933-12-I4 | Each wrongful act limit. | $1,000,000 |
| Policy period:<br>From: 09/11/2012     To: 09/11/2013 | Total limit. | $3,000,000 |

Description Of Coverage:

| | | |
|---|---|---|
| Insurer: | **Limits Of Coverage** | |
| Policy number: | | $ |
| Policy period:<br>From:            To: | | $ |

### Named Endorsement Table

**Important Note:**  Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement.  Other endorsements may apply, too.  If so, they're listed on the Policy Forms List.

---

| Name of Insured | Policy Number ZLP-11R18933-12-I4 | Effective  Date 09/11/12 |
|---|---|---|
| VENDINI, INC. | | Processing Date 09/07/12   10:12   001 |

47339 Ed. 2-92

© 1992 The Travelers Indemnity Company. All rights reserved.

Coverage Summary

Page 1 of 2

**TRV-POL 215**

47339 Ed. 2-92
Page 2 of 2

© 1992 The Travelers Indemnity Company. All rights reserved.

TRV-POL 216

## EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION - CLAIMS-MADE

This insuring agreement provides excess errors and omissions protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement and your Basic Insurance should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important Note:** This is a claims-made coverage. Please read it carefully, especially the What This Agreement Covers and When This Agreement Covers sections.

| Table of Contents | Page |
| --- | --- |
| **What This Agreement Covers** | 1 |
| Coverage above your Basic Insurance limit other than total limit. | 1 |
| Coverage above a reduced or exhausted Basic Insurance total limit. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| **When This Agreement Covers** | 2 |
| Claim reporting extensions. | 3 |
| **Limit Of Coverage** | 3 |
| Total limit. | 3 |
| Optional reporting endorsement. | 3 |
| Application of changed limits. | 3 |
| **Other Insurance** | 3 |
| **Other Rules For This Agreement** | 3 |
| Our Right To Investigate, Settle And Appeal Claims | 3 |
| Right to investigate. | 3 |
| Right to settle. | 3 |
| Right to appeal. | 3 |
| Keeping Your Basic Insurance In Effect | 4 |
| Premium | 4 |
| Recovering Damages From A Third Party | 4 |
| Division of recovery. | 4 |
| Recovery expenses. | 4 |

### What This Agreement Covers

We'll pay amounts any protected person is legally required to pay as damages for covered loss that results from a wrongful act that:

- is committed in the conduct of your business; and
- is covered by your Basic Insurance.

*Protected person* means any person or organization who:

- qualifies as protected person under your Basic Insurance; and
- otherwise qualifies as a protected person under this agreement.

*Wrongful act* means any negligent act, error or omission.

*Your Basic Insurance* means only the insurance for which the Schedule Of Basic Errors And Omissions Liability Insurance in the Coverage Summary shows:

- a description of coverage; and
- limits of coverage amounts.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

**Coverage above your Basic Insurance limit other than total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurer's payment of your Basic Insurance limit of coverage, other than a total limit.

*As a result of your wrongful act, you are sued and the court awards $1,250,000 in damages.*

*Your Basic Insurance has a $1,000,000 Each wrongful act limit. And the limit under this agreement is $2,000,000. After your Basic Insurer has paid its $1,000,000 limit of coverage, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance; and it's less than the limit under this agreement.*

**Coverage above a reduced or exhausted Basic Insurance total limit.** We'll pay damages that:

- are covered by this agreement; and
- exceed your Basic Insurance total limit, but only when that limit has been reduced solely by . your Basic Insurer's payment of damages for wrongful acts covered by this agreement.

47338 Ed. 2-92
© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

Page 1 of 4

**TRV-POL 217**

And we'll pay damages only up to the limit of coverage that applies under this agreement.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages described above, this agreement will then replace your Basic Insurance for damages covered by this agreement. But only to the limit of coverage that applies under this agreement.

**Right and duty to defend.** We have no duty to defend any claim or suit made or brought against any protected person if your Basic Insurance, or any other insurance, has a duty to defend. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any claim or suit brought against any protected person only if:

- the claim or suit is for loss covered by this agreement;
- your Basic Insurer has paid its limit of coverage for such loss, or has paid its total limit of coverage in accordance with the Coverage above reduced or exhausted total limits section; and
- there is no other insurance with a duty to defend the claim.

We'll assume this duty to defend even if any of the allegations of any such claim or suit are groundless, false or fraudulent.

Our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

We have no duty to perform other acts or services.

*Suit* means a civil proceeding which seeks damages. It includes an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.

*Other insurance* means valid and collectible insurance that:

- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. But we'll do so only to the extent that these payments are not covered by your Basic Insurance.

These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $100 per day for earnings actually lost by the protected person because of time taken off from work.

*Prejudgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:

- pay;
- offer to pay; or
- deposit in court;

the limit of coverage that applies to the judgment.

## When This Agreement Covers

We'll apply this agreement to claims only when they're:

- first made or brought while this agreement, or an optional reporting endorsement to this agreement, is in effect; and

---

47338 Ed. 2-92
Page 2 of 4        © 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 218**

- reported to us in accordance with the applicable claims-made provisions of your Basic Insurance.

**Claim reporting extensions.** If your Basic Insurance includes provisions for extending the period during which claims can be reported to us, such provisions are considered part of this agreement, except for any that apply to the calculation or limitation of the additional premium that may apply to any optional reporting endorsement.

## Limit Of Coverage

The limit of coverage shown in the Coverage Summary and the information in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Total limit.** This is the most we'll pay for the combined total of all covered loss for all:

- covered claims or suits in a policy year; and
- covered wrongful acts reported in a policy year.

*Policy year* means the policy period shown in the Introduction when the policy period is one year or less. But when the policy period is longer than one year, it means each consecutive annual period, and the remaining period if any, that the policy is in effect, starting with the date the policy begins.

**Optional reporting endorsement.** A separate total limit applies to the optional reporting endorsement described in the When This Agreement Covers section. That limit will be the same as the total limit in effect when this agreement ended and applies to all covered loss for claims or suits covered by the reporting endorsement for as long as the endorsement is in effect.

**Application of changed limits.** If you change the limit of coverage under this agreement, or you've changed it in the past while insured by us, the new limit doesn't apply to any claim or suit that:

- was made or brought against any protected person;

- any protected person knew about; or
- any protected person could have reasonably foreseen or discovered;

before the effective date of the limit change.

## Other Insurance

If there is any other insurance for loss covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of judgments or settlements.

We explain what we mean by other insurance in the Right and duty to defend section of the What This Agreement Covers section.

## Other Rules For This Agreement

### Our Right To Investigate, Settle And Appeal Claims

**Right to investigate.** We'll have the right to investigate any claim or suit to the extent that we believe is proper.

**Right to settle.** We'll have the right to settle any claim or suit for an amount within the available limit of coverage for this agreement.

**Right to appeal.** We'll have the right to appeal a judgment against any person protected under this agreement. But only if:

- the judgment is for loss covered by this agreement;
- the judgment is for more than the available limits of coverage under your Basic Insurance; and
- the Basic Insurer does not appeal the judgment.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Our payments for such appeal expenses are in addition to the limits of coverage under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

---

47338 Ed. 2-92

© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

Insuring Agreement

## Keeping Your Basic Insurance In Effect

You promise:

- to keep your Basic Insurance in effect while this agreement is in effect; and
- not to change the limits of coverage under your Basic Insurance without telling us.

This agreement will remain in effect if you break either of these promises. But we won't be liable for more than we would have been if you kept your promises.

A reduction or exhaustion of a total limit in your Basic Insurance won't be considered a change in that limit.

This agreement will apply only to amounts which exceed the limits of coverage of your Basic Insurance shown on the Schedule Of Basic Errors And Omissions Insurance in the Coverage Summary. If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your Basic Insurance with that insurer;

this agreement will only apply to amounts over the limits of coverage shown in the Schedule of Basic Insurance.

## Premium

The premium for this agreement is a flat premium and is not subject to adjustment unless an adjustment:

- is otherwise provided for in the Coverage Summary, or by endorsement to this agreement; or
- results from the cancellation of this agreement.

However, we may charge you additional premium if you add new persons or organizations to those protected by your Basic Insurance and a charge is made for them by your Basic Insurer. You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same title in the General Rules. But only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible to preserve any right of recovery available. If we make a payment under this agreement, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

47338 Ed. 2-92
Page 4 of 4

© 1992 The St. Paul Travelers Companies, Inc. All Rights Reserved

**TRV-POL 220**

**POLICY CHANGE ENDORSEMENT -
FOR CERTAIN TYPES OF CHANGES ONLY**

This endorsement summarizes certain changes
to your policy.  All other terms of your
policy not affected by these changes remain
the same.

**How Your Policy Is Changed**
The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Policy Number | ☐ Company |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/ Bus. of Insured |
| ☐ Payment Plan | ☐ Premium Determination |
| ☐ Additional Interested Parties | ☒ Coverage Forms and Endorsements |
| ☐ Limits/Exposures | ☐ Deductibles |
| ☐ Covered Property/Location Description | ☐ Classification/Class Codes |
| ☐ Rates | ☐ Underlying Insurance |

is (are) changed to read:  (See also back page and additional page(s) if applicable)

GENERAL LIABILITY
------------------

The Endorsement named below is added:

   NON-CONTRIBUTORY OTHER INSURANCE ENDORSEMENT - FOR DESCRIBED ADDITIONAL
   PROTECTED PERSONS

**Premium Change Which Is Due Now**

☒ No change        ☐ To be adjusted at audit

Additional premium                     Returned premium

| | |
|---|---|
| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to: VENDINI, INC. |
| Authorized representative | Endorsement takes effect:  01/03/13 |
| | Policy number:  ZLP-11R18933-12-I4 |
| | Processing date:  01/14/13  13:47  002 |

D0061 Ed. 11-98                          Policy Change Endorsement
© 1998 The Travelers Indemnity Company. All rights reserved.          Page    1

**TRV-POL 221**

D0061 Ed. 11-98
Page    2

© 1998 The Travelers Indemnity Company. All rights reserved.

**TRV-POL 222**

## NON-CONTRIBUTORY  OTHER INSURANCE ENDORSEMENT -  FOR DESCRIBED ADDITIONAL  PROTECTED PERSONS

This endorsement changes your Commercial
General Liability Protection.

### How  Coverage  Is  Changed

The following is added to the Other
Insurance section.  This change broadens
coverage for certain additional protected
persons.

If you've specifically agreed in a written
contract that this agreement must be primary
to and non-contributory with other insurance
issued directly to a described additional
protected person, we won't share with that
other insurance any damages incurred by
that described additional protected person
for:

- bodily injury or property damage covered
  by this agreement that happens after that
  written contract was made; or

- personal injury or advertising injury
  covered by this agreement that's caused
  by an offense committed after that written
  contract was made.

*Described  additional  protected  person*
means any person or organization, other than
you, who:

- qualifies as a protected person under this
  agreement; and

- is named or described below.

### Name  or  description:

```
FIU Purchasing Services Department
Campus Support Complex
CSC441
11200 S.W. 8th Street
Miami, FL 33199
```

### Other  Terms

All other terms of your policy remain the same.

| Name of Insured | Policy Number | ZLP-11R18933-12-I4 | Effective  Date | 01/03/13 |
|---|---|---|---|---|
| VENDINI, INC. | | | Processing  Date | 01/14/13  13:47  002 |

G0435 Ed. 4-00                                    Endorsement
© 2000 The Travelers Indemnity Company. All rights reserved.                    Page 1 of 2

**TRV-POL 223**

TRV-POL 224