IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VENDINI, INC.,<br><br>　　　　Defendant.　　　　　　　　　／ | Case No. CV 13-04458 SI<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　In March, 2014, this action was stayed at the parties' request, pending resolution of the *Lim* action in Santa Clara County Superior Court. The parties have now stated that the *Lim* action has been preliminarily resolved, with final approval of the resolution expected on October 3, 2014.

　　　Accordingly, **a Case Management Conference will be held in this action on October 31, 2014 at 3:00 p.m.** One week prior to that date, the parties shall file a Joint Case Management Conference Statement, including a proposed schedule for ultimate completion of this action.

**IT IS SO ORDERED.**

Dated: September 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge