1  RUSSELL COHEN (SBN 213105)
   NANCY E. HARRIS (SBN 197042)
2  nharris@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, California  94105-2669
   Telephone:   +1-415-773-5700
5  Facsimile:   +1-415-773-5759

6  *Attorneys for Defendant*
   *Vendini, Inc.*
7
   BRUCE D. CELEBREZZE (SBN 102181)
8  MICHAEL A. TOPP (SBN 148445)
   SEDGWICK LLP
9  333 Bush Street, 30th Floor
   San Francisco, California 94104
10 Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
11
   *Attorneys for ST. PAUL FIRE AND MARINE*
12 *INSURANCE COMPANY*

13

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | Case No. CV-13-04458 SI |
| 18 | |
| 19              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 20     v. | |
| 21  VENDINI, INC. a California corporation, | |
| 22              Defendant. | Judge:   Hon. Susan Illston<br>Dept:    10 |

Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") and defendant Vendini, Inc., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED by and between St. Paul and Vendini that the October 31, 2014 Case Management Conference be taken off calendar and continued to November 12, 2014 at 3:00 p.m.

**IT IS SO STIPULATED.**

DATED: October 20 2014                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Nancy E. Harris
Nancy E. Harris
Attorneys for Defendant
VENDINI, INC.

DATED: October 21 2014                SEDGWICK LLP

By: /s/ Alex Potente
Alex Potente
Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**IT IS SO ORDERED.**

/s/ Susan Illston

Honorable Susan Illston
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

OHSUSA:759257931.1