**SEDGWICK LLP**
BRUCE D. CELEBREZZE (Bar No. 102181)
ALEXANDER E. POTENTE (Bar No. 208240)
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
E-mail:  *bruce.celebrezze@sedgwicklaw.com*
             *alex.potente@sedgwicklaw.com*

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
RUSSELL P. COHEN (Bar No. 213105)
NANCY E. HARRIS (Bar No. 197042)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone : (415) 773-5618
Facsimile: (415) 773-5759
Email:   *rcohen@orrick.com*
             *nharris@orrick.com*

Attorneys for Defendant
VENDINI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>VENDINI, INC., a California corporation,<br><br>            Defendant. | CASE NO.: 3:13-cv-04458 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT** |

Case No. 3:13-cv-04458 SI
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR CROSS MOTIONS
FOR SUMMARY JUDGMENT

1  WHEREAS, on September 26, 2013, Plaintiffs St. Paul Fire and Marine Insurance
Company (collectively, "Plaintiffs") filed a Complaint [ECF No. 1] against Defendant Vendini,
Inc. ("Vendini") in the above-captioned Case No. 3:13-cv-04458 SI.

WHEREAS, at the case management conference, held on November 12, 2014 [ECF No. 31], the Court continued the hearing date for cross motions for summary judgment to March 13, 2015.

WHEREAS, at that same conference, it was ordered that the cross motions for summary judgment would be due on January 30, 2015, and any oppositions would be due on February 20, 2015 [ECF No. 31], but the Court found that "counsel may adjust the briefing schedule" by stipulation;

WHEREAS, the parties request that, for the purposes of continued settlement negotiations, they may have until February 13, 2015, to file their respective motions for summary judgment and have until March 6, 2015, to file any oppositions.

WHEREAS, the parties request that the Court the cross motions for summary judgment, on Friday, March 27, 2015, at 9:00 a.m. or as soon thereafter as practicable.

**STIPULATION**

NOW THEREFORE, it is agreed and stipulated that:

The parties' respective motions for summary judgment will be due on or before Friday, February 13, 2015, with any oppositions being due on or before March 6, 2015, and the hearing on these motions shall be held on Friday, March 27, 2015 at 9:00 a.m., or as soon thereafter as practicable.

DATED:  January 27, 2015        SEDGWICK LLP

                                By: /s/  Alexander E. Potente
                                    Bruce D. *Cel*ebrezze
                                    Alexander E. Potente
                                    Attorneys for Plaintiff
                                    ST. PAUL FIRE AND MARINE
                                    INSURANCE COMPANY

DATED:  January 27, 2015        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By: /s/  Nancy E. Harris
                                    Nancy E. Harris
                                    Attorneys for Defendant
                                    VENDINI, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January  29, 2015       _____
                                UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of January 2015 a copy of the foregoing was filed electronically this day and is available for viewing on the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 27, 2015, at San Francisco, California.

                                          /s/ *Trish Marwedel*
                                          Trish Marwedel