**SEDGWICK LLP**
BRUCE D. CELEBREZZE (Bar No. 102181)
ALEXANDER E. POTENTE (Bar No. 208240)
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
E-mail: *bruce.celebrezze@sedgwicklaw.com*
          *alex.potente@sedgwicklaw.com*

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
RUSSELL P. COHEN (Bar No. 213105)
NANCY E. HARRIS (Bar No. 197042)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5618
Facsimile: (415) 773-5759
Email: *rcohen@orrick.com*
       *nharris@orrick.com*

Attorneys for Defendant
VENDINI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENDINI, INC., a California corporation,<br><br>Defendant. | CASE NO.: 3:13-cv-04458 SI<br><br>**STIPULATION RE NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br><br>Ctrm:   10<br>Judge:  Hon. Susan Illston |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") and defendant Vendini, Inc. ("Vendini") (together the "Parties"), have agreed to the terms of a conditional settlement.

This stipulation is entered into by the Parties by and through their respective counsel of record.

### FACTUAL RECITALS

This stipulation is entered into in reference to the following facts:

1. The initial pleading in this case was filed on September 26, 2013 [ECF No. 1].

2. The current scheduling Order requires the Parties to file motions for summary judgment by February 13, 2015 and sets a hearing for those motions on Friday, March 27, 2015,

3. In light of the conditional settlement, the Parties wish to vacate the Friday, March 27, 2015 hearing and the associated filing dates.

4. The Parties anticipate that it will take 30 days to finalize the settlement paperwork and to provide confirmation of the final settlement to the Court.

5. The Parties request that the Court retain jurisdiction until October 15, 2015, in order to allow the terms of the settlement to be effectuated.

### STIPULATION

In light of the foregoing facts, the Parties agree that hearing date for the motions for summary judgment, currently on calendar for Friday, March 27, 2015, shall be vacated.

**SO STIPULATED.**

DATED: February 11, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By: /s/ *Nancy E. Harris*
                                                Nancy E. Harris
                                                Russell P. Cohen
                                                Attorneys for
                                                VENDINI, INC.

1  DATED:  February 11, 2015	SEDGWICK LLP

2

3	By: /s/ Alexander E. Potente
           Bruce D. Celebrezze
4          Alexander E. Potente
           Attorneys for
5          ST. PAUL FIRE AND MARINE
           INSURANCE COMPANY
6

7
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8

9
   **DATED:** _____	_____
10
                              Hon. Susan Illston
11                            United States District Judge

-3-	Case No. 3:13-cv-04458
STIPULATION RE NOTICE SETTLEMENT AND [PROPOSED] ORDER