**SEDGWICK LLP**
BRUCE D. CELEBREZZE (Bar No. 102181)
ALEXANDER E. POTENTE (Bar No. 208240)
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
E-mail: *bruce.celebrezze@sedgwicklaw.com*
  *alex.potente@sedgwicklaw.com*

Attorneys for Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
RUSSELL P. COHEN (Bar No. 213105)
NANCY E. HARRIS (Bar No. 197042)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5618
Facsimile: (415) 773-5759
Email: *rcohen@orrick.com*
  *nharris@orrick.com*

Attorneys for Defendant
VENDINI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENDINI, INC., a California corporation,<br><br>Defendant. | CASE NO.: 3:13-cv-04458 SI<br><br>**STIPULATED REQUEST TO MODIFY THE COURT'S ORDER OF DISMISSAL UPON SETTLEMENT AND [PROPOSED] ORDER**<br><br>Ctrm:   10<br>Judge:  Hon. Susan Illston |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") and defendant Vendini, Inc. ("Vendini") hereby respectfully request that this Court modify its Order of Dismissal Upon Settlement [ECF No. 37], to allow for any party hereto to notify the Court, no later than October 15, 2015 (rather than 90 days from entry of the order), that the terms of settlement have not been effectuated, thereby vacating the order dismissing the above-captioned with prejudice.  This request is made in order to facilitate the completion of the settlement between the parties.

DATED:  February 18, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: *s/ Nancy E. Harris*
    Nancy E. Harris
    Russell P. Cohen
    Attorneys for
    VENDINI, INC.


DATED:  February 18, 2015                    SEDGWICK LLP


By: *s/ Alexander E. Potente*
    Bruce D. Celebrezze
    Alexander E. Potente
    Attorneys for
    ST. PAUL FIRE AND MARINE
    INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** _2/18/15_          /s/ Susan Illston
    Hon. Susan Illston
    United States District Judge